## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Martin Garcia, | Civil No: 06-1155 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| National Fire and Marine Insurance Company, | |
| Defendant. | |

---

Based upon the Stipulation of Dismissal with Prejudice entered into by the parties and upon Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and all of the files, records and proceedings herein, **IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: May 10, 2007            s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge